UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:19-CR-145-CLC-SKL |
| | ) |
| BENJAMIN REICHEL | ) |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one-count Information; (2) adjudicate Defendant guilty of mail fraud in violation of 18 U.S.C. § 1341; (3) defer a decision on whether to accept the amended plea agreement until sentencing; and (4) order that Defendant remain on bond under appropriate conditions of release pending sentencing. (Doc. 15.)

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of mail fraud in violation of 18 U.S.C. § 1341;

3. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** on bond under appropriate conditions of release until sentencing in this matter, which is scheduled to take place on **June 9, 2021, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**